## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Solomon Yeung, et al.
                        Plaintiff,

v.                                              Case No.: 1:15−cv−01944
                                                    Honorable Gary Feinerman

Akorn, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2015:

       MINUTE entry before the Honorable Gary Feinerman:By request of the parties, hearing on motion for reassignment[35] set for 5/26/2015 [36] is stricken and re−set for 5/29/2015 at 2:00 p.m.Mailed/Telephoned notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.