UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOLOMON YEUNG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AKORN, INC., RAJAT RAI, TIMOTHY A. DICK, and BRUCE KUTINSKY, <br><br> Defendants. | No. 15-cv-01944 <br><br> CLASS ACTION <br><br> ORDER GRANTING THE AKORN INVESTOR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| MIKOLAJ SARZYNSKI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AKORN, INC., RAJAT RAI, and TIMOTHY A. DICK <br><br> Defendants. | No. 15-cv-03921 |

Having considered Mikolaj Sarzynski, Jonathan A. Golani, Kenny Kinsey, J. Michael Cuniff Jr., and Elizabeth Cuniff's motion for consolidation, appointment as lead plaintiff and approval of counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1) The Motion is GRANTED.

2) The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Akorn, Inc. Securities Litigation*, Master File No. 15-cv-01944.

3) The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Mikolaj Sarzynski, Jonathan A. Golani, Kenny Kinsey, J. Michael Cuniff Jr., and Elizabeth Cuniff as Lead Plaintiff; and

4) Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Glancy Prongay & Murray LLP and Pomerantz LLP are approved as Co-Lead Counsel for the class, with Lawrence, Kamin, Saunders & Uhlenhop LLC as Liaison Counsel.

5) IT IS SO ORDERED.

Dated: 8/24/2015

_____
UNITED STATES DISTRICT JUDGE