UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Akorn, Inc. Securities Litigation | Case No. 1:15-cv-1944<br>Hon. Gary Feinerman |

**DEFENDANTS' AMENDED MOTION TO DISMISS PLAINTIFFS'
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Defendants Akorn, Inc., Rajat Rai, and Timothy A. Dick hereby move the Court for an Order dismissing Plaintiffs' Consolidated Amended Class Action Complaint under Federal Rules of Civil Procedure 9(b) and 12(b)(6) and 15 U.S.C. § 78u-4(b) for failure to plead their claims with the required particularity or otherwise state a claim upon which relief can be granted.

Defendants respectfully propose the following briefing schedule regarding their motion, to which plaintiffs have agreed:

| | |
|---|---|
| Defendants' Memorandum in Support | August 23, 2016 |
| Plaintiffs' Response | October 18, 2016 |
| Defendants' Reply | November 15, 2016 |

WHEREFORE, defendants respectfully request entry of an order dismissing Plaintiffs' Consolidated Amended Class Action Complaint for failure to state a claim upon which relief can be granted.

Dated: August 9, 2016           /s/*Timothy A. Duffy*

Timothy A. Duffy
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60054
312-862-2000
tduffy@kirkland.com

Daniel Slifkin
David M. Stuart
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
212-474-1000
dslifkin@cravath.com
dstuart@cravath.com

*Counsel for Defendants*