**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE AKORN, INC. SECURITIES LITIGATION | Case No. 15 C 01944 <br><br> Honorable Gary Feinerman <br><br> **April 2, 2018 Hearing Date** |

**CLASS PLAINTIFFS' UNOPPOSED MOTION FOR (I) FINAL
APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION
AND CERTIFICATION OF SETTLEMENT CLASS, AND
(II) AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND REIMBURSEMENT AWARD TO CLASS PLAINTIFFS**

**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: 310-201-9150

**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: 312-377-1181

*Lead and Proposed Class Counsel*

**LAWRENCE, KAMIN, SAUNDERS &
UHLENHOP, L.L.C.**
300 S. Wacker Drive, Suite 500
Chicago, Illinois 60606

*Liaison Counsel for Plaintiff*

Lead Plaintiff Akorn Investor Group (consisting of Mikolaj Sarzynski, J.M. Cunniff, Jr., and Elizabeth Cunniff) (collectively, "Class Plaintiffs"), by their counsel, Glancy Prongay & Murray LLP and Pomerantz LLP (collectively, "Class Counsel"), respectfully move the Court for entry of an Order: (i) granting final approval of the Settlement in the above-captioned action; (2) certifying the Settlement Class; (3) approving the proposed Plan of Allocation for distribution of the Settlement Fund; (4) awarding attorneys' fees to Class Counsel; (5) reimbursing Class Counsels' litigation expenses; and (6) reimbursing the reasonable costs and expenses incurred by Class Plaintiffs.

The grounds in support of this Motion are set forth fully in the Memorandum of Law in Support of Unopposed Motion for Final Approval of Settlement and Plan of Allocation and Certification of Settlement Class; Memorandum of Law in Support of Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Reimbursement Award to Class Plaintiffs; and the Joint Declaration of Joshua L. Crowell and Patrick V. Dahlstrom in support thereof.

DATED:  February 19, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GLANCY PRONGAY & MURRAY LLP

　　　　　　　　　　　　　　　　　　　　By:  *s/ Joshua L. Crowell*
　　　　　　　　　　　　　　　　　　　　Joshua L. Crowell (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Alexa Mullarky
　　　　　　　　　　　　　　　　　　　　1925 Century Park East, Suite 2100
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　　　　　　　(310) 201-9150
　　　　　　　　　　　　　　　　　　　　jcrowell@glancylaw.com
　　　　　　　　　　　　　　　　　　　　amullarky@glancylaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street
Chicago, Illinois 60603
(312) 377-1181
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

*Attorneys for the Akorn Investor Group and the Proposed Settlement Class*

LAWRENCE, KAMIN, SAUNDERS &
  UHLENHOP, L.L.C.
John S. Monical
Peter E. Cooper
Mitchell B. Goldberg
300 South Wacker Drive, Suite 500
Chicago, Illinois 60606
(312) 372-1947

*Liaison Counsel for Plaintiffs*

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On February 19, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Illinois, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2018.

*s/ Joshua L. Crowell*
Joshua L. Crowell

# Mailing Information for a Case 1:15-cv-01944 In re Akorn, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas P. Cimino , Jr**
  tcimino@vedderprice.com,ecfdocket@vedderprice.com,bhahn@vedderprice.com,7610@ecf.pacerpro.com,thomas-cimino-3585@ecf.pacerpro.com

- **Sean Kennedy Collins**
  sean@neinsurancelaw.com

- **Peter E. Cooper**
  pcooper@lksu.com,shennessey@lksu.com,aterry@lksu.com

- **Rachel T. Copenhaver**
  rcopenhaver@vedderprice.com,rachel-copenhaver-3755@ecf.pacerpro.com,ewatt@vedderprice.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com

- **Joshua L. Crowell**
  jcrowell@glancylaw.com,info@glancylaw.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com,mjsteven@pomlaw.com

- **Rebecca Lynn Dandy**
  rdandy@vedderprice.com,rebecca-dandy-7811@ecf.pacerpro.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com,trobinson@vedderprice.com

- **Timothy Alan Duffy**
  tduffy@tduffylaw.com

- **Marielise Fraioli**
  mfraioli@lksu.com,jjones@lksu.com,aterry@lksu.com

- **Mitchell Benjamin Goldberg**
  mgoldberg@lksu.com,jjones@lksu.com

- **Devon McKechan Largio**
  dlargio@kirkland.com,christina.pietsch@kirkland.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com

- **Elizabeth Camper Lyons**
  elyons@lksu.com,shennessey@lksu.com,aterry@lksu.com

- **John Scott Monical**

jmonical@lksu.com,jjones@lksu.com,aterry@lksu.com

- **Alexa Mullarky**
  amullarky@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Kevin Francis Ruf**
  kevinruf@gmail.com

- **Antony L. Ryan**
  aryan@cravath.com

- **Casey E. Sadler**
  csadler@glancylaw.com,info@glancylaw.com

- **Joshua B. Silverman**
  jbsilverman@pomlaw.com

- **Daniel Slifkin**
  dslifkin@cravath.com,mao@cravath.com,kdacey@cravath.com

- **Leigh Handelman Smollar**
  lsmollar@pomlaw.com

- **David M. Stuart**
  dstuart@cravath.com

- **Junaid A Zubairi**
  jzubairi@vedderprice.com,junaid-zubairi-
  0189@ecf.pacerpro.com,shampton@vedderprice.com,ecfdocket@vedderprice.com,7610@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael              B Byars
Cravath, Swaine & Moore LLP
825 Eigth Avenue
New York, NY 10019
```