# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Solomon Yeung, et al.
                        Plaintiff,

v.                                           Case No.: 1:15−cv−01944
                                          Honorable Gary Feinerman

Akorn, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 2, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, Class Plaintiffs' unopposed motion for (I) final approval of settlement and plan of allocation and certification of settlement class, and (II) award of Attorneys' fees, reimbursement of expenses, and reimbursement award to Class Plaintiffs [171] is granted in part and entered and continued in part. The motion is granted as to the final approval of settlement and plan of allocation and certification of settlement class, and entered and continued as to award of attorney fees, reimbursement of expenses, and reimbursement award to Class Plaintiffs. Plaintiffs shall file the supplemental materials referenced on the record by 4/9/2018. Status hearing set for 5/9/2018 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.